IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00960-DDD-NRN

ESTATE OF WILFORD DEWEESE,

    Plaintiff,

v.

RONNIE HANCOCK,
DANIEL LEBARON,
LEVI HOOVER, and
JEFFREY SCHUELKE,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motions to Dismiss, filed March 21, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Ronnie Hancock, Daniel LeBaron, Levi Hoover, and Jeffrey Schuelke, and against Plaintiff, Estate of Wilford Deweese, on Defendants' motions to dismiss. It is further

ORDERED that Plaintiff's complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this 21st day of March, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk